ST. PAUL FIRE & MARINE INS. COMPANY, Plaintiff in Error, v. Mrs. W. E. EARNEST et al., Defendants in Error. (No. 5329.)

Supreme Court of Texas. June 4, 1927.

Error to Court of Civil Appeals of Seventh Supreme Judicial District.

E. G. Senter, of Dallas, and Bledsoe & Crenshaw, of Lubbock, for plaintiff in error.

PER CURIAM. We think the decision of the Court of Civil Appeals (293 S. W. 677) was correct, because the motion filed in the trial court was manifestly insufficient to warrant the vacation of the judgment by default.

We are not prepared to concur in the holdings of the Court of Civil Appeals on the questions of practice discussed in the opinion.